**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 3, 2022.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-22-00222-CV

---

**JARED LUKE BARGAS, Appellant**

**V.**

**KATHERINE MERCEDES BARGAS, Appellee**

---

**On Appeal from the 507th District Court
Harris County, Texas
Trial Court Cause No. 2018-20243**

---

### MEMORANDUM OPINION

This is an appeal from an order signed December 20, 2021. On April 19, 2022, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Jewell, Zimmerer, and Hassan.